AO 455 (Rev. 1/09)  Waver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern  **DISTRICT OF**  Texas

| United States of America | ) | Case No: | **4:23-cr-0012** |
|---|---|---|---|
| v. | ) | | |
| George Richard Larach | ) | | |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.   I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*