USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
United States Courts
Southern District of Texas
FILED

No. **4:23-cr-0012**

**HOUSTON DIVISION**

USAO Number: 2022R04416
Magistrate Number:

*January 11, 2023*

Filed Nathan Ochsner, Clerk of Court

Judge: **Hoyt**

**CRIMINAL INFORMATION**

**UNITED STATES of AMERICA**
vs.

George Richard Larach

**ATTORNEYS:**

| | |
|---|---|
| **Alamdar S. Hamdani, USA** | **(713) 567-9000** |
| SAUSA Kathryn Olson | (713) 567-9000 |
| Justo Mendez - 281-757-1305 | Appt'd ☐  Private ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: False Statements Relating to Health Care Matters [Violation of 18 U.S.C. § 1035(a)(2)]

**PENALTY:** Ct. 1: Up to 5 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment.

NOTICE OF FORFEITURE: [18 U.S.C. § 982(a)(7)]

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**